**Sidney LYLES, III, Appellant,**

**v.**

**COLUMBIA PUBLIC SCHOOL DISTRICT; Dr. Phyllis Chase, Superintendent; Dr. Mary Laffey, Principal; Debra Barksdale, Appellees.**

No. 07–2832.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 24, 2008.

Filed: Dec. 31, 2008.

Sidney Lyles III, Columbia, MO, pro se.

Susan Ford Robertson, Jeffrey Hyatt Blaylock, Ford & Parshall, Columbia, MO, for Appellees.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

PER CURIAM.

Sidney Lyles appeals the district court's[1] dismissal with prejudice of his civil complaint for failure to comply with court orders. After careful review of the record and the parties' submissions, we conclude that the district court did not abuse its discretion and we affirm for the reasons stated in its order. *See* 8th Cir.

Rule 47B. We also deny Lyles's pending motion and petition.

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.